UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  16-0072-02 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| AARON THOMAS<br>a/k/a AARON A. THOMAS<br>a/k/a AARON M. THOMAS | * | MAG. JUDGE KAREN L. HAYES |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Upon reference of the District Court pursuant to 28 U.S.C. § 636(b), and with the written and oral consent of the defendant, this cause came before the undersigned U. S. Magistrate Judge on June 15, 2016, for administration of guilty plea and allocution of the defendant Aaron Thomas under Rule 11 of the Federal Rules of Criminal Procedure.  Defendant was present with his counsel, Mr. Mennon Campbell.

After said hearing, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Counts Two and Three of the Indictment is fully supported by an oral factual basis for each of the essential elements of the offenses.  In addition, both the government and the defendant have waived their right to object to the report and recommendation.  Accordingly,

IT IS RECOMMENDED that the District Court ACCEPT the guilty plea of the defendant Aaron Thomas in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Aaron Thomas be finally adjudged guilty of the offenses charged in Counts Two and Three of the Indictment.

IT IS FURTHER RECOMMENDED that the District Court ACCEPT defendant's agreement to forfeit and abandon any claim or interest he may have in the firearm(s) and property described in the Indictment.

IT IS FURTHER RECOMMENDED that, pursuant to the parties' waiver of their right to object, that the District Court immediately adopt the report and recommendation without passage of the customary delays.

In Chambers, at Monroe, Louisiana, this 15th day of June 2016.

KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE