# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  16-0072-02** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **AARON THOMAS**<br>**a/k/a AARON A. THOMAS**<br>**a/k/a AARON M. THOMAS** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court accepts the guilty plea of the defendant Aaron Thomas, and adjudges him guilty of the offenses charged in Counts Two and Three of the Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court accepts defendant's agreement to forfeit and abandon any claim or interest he may have in the firearm(s) and property described in the Indictment.

Monroe, Louisiana, this 16th day of June, 2016.

_____

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**